MARCUS J. LEE, ESQ. (Nevada Bar No. 15769)
E: mlee@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorney for Sterling Infosystems, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN REID, <br><br> Plaintiff, <br><br> v. <br><br> STERLING INFOSYSTEMS, INC., <br><br> Defendant. | Case No. 2:26-cv-00384-DJA <br> **ORDER RE:** <br> **DEFENDANT'S UNOPPOSED** <br> **MOTION FOR AN EXTENSION OF** <br> **TIME TO ANSWER OR OTHERWISE** <br> **RESPOND TO PLAINTIFF'S** <br> **COMPLAINT** |

Defendant STERLING INFOSYSTEMS, INC., by its attorneys and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR IA 6-1, respectfully submits this Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. As grounds for this motion, Sterling states as follows:

1.    Plaintiff filed his Complaint on February 13, 2026.  (Doc. No. 1.)

2.    Sterling was served with the Summons and Complaint on April 17, 2026. Pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, Sterling's responsive pleading currently must be filed by May 8, 2026.

3.    Sterling and its counsel require additional time to fully investigate and respond to Plaintiff's allegations and claims.

4.    Accordingly, Sterling seeks an extension of 31 days, until June 8, 2026, to answer or otherwise respond to Plaintiff's Complaint.

5.      Sterling's counsel conferred with Plaintiff's counsel regarding this motion, and Plaintiff's counsel consents to Sterling's requested extension of time.

6.      This request is made in good faith and will not affect any other deadlines or the just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1.

WHEREFORE, Sterling respectfully requests that the Court grant this unopposed motion and extend Sterling's deadline to answer or otherwise respond to Plaintiff's Complaint through and including June 8, 2026.

Dated this 6th day of May 2026.

O'HAGAN MEYER PLLC


By_____*/s/ Marcus J. Lee*_____
    MARCUS J. LEE
    Nevada Bar No. 15769
    300 S. 4th Street, Sute 1250
    Las Vegas, NV 89101
    T: 725.286.2801

    *Attorney for Sterling Infosystems, Inc.*


**IT IS SO ORDERED**.

DATED: 5/7/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of O'HAGAN MEYER PLLC, and that on this 6th day of May, 2026, I electronically filed and served the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court through Case Management/Electronic Filing System as follows:

Robert M. Tzall, Esq.
CONTEMPORARY LEGAL SOLUTIONS PLLC
2551 North Green Valley Pkwy Building C
Suite 303
Henderson, Nevada 89014
T: 702.666.0233
E: office@contemporarylegalsolutions.com

*Attorneys for Plaintiff*

By:                                  */s/ Krystle Platero*
                                     An Employee of
                                     O'HAGAN MEYER PLLC

1

MARCUS J. LEE, ESQ. (Nevada Bar No. 15769)
E: mlee@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorney for Sterling Infosystems, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN REID, | Case No. 2:26-cv-00384-DJA |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| STERLING INFOSYSTEMS, INC., | |
| Defendant. | |

The Court, having considered Defendant Sterling Infosystems, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, hereby ORDERS as follows:

The Motion is GRANTED. Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is extended through and including June 8, 2026.

Dated this _____ day of May 2026.

_____
**HONORABLE DANIEL J. ALBREGTS**
**UNITED STATES MAGISTRATE JUDGE**

1